DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH TROUTMAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3822

[July 22, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 14-05448CF10A.

Joseph Troutman, Perry, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Hammond v. State*, 34 So. 3d 58 (Fla. 4th DCA 2010).

GROSS, CIKLIN and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***